**UNITED STATES of America,**
**Plaintiff-Appellee,**

**v.**

**Victor Lawrence TAYLOR, Defendant-**
**Appellant.**

**No. 30877**
**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

July 1, 1971.

---

Theodore E. Smith, Atlanta, Ga., for defendant-appellant.

John W. Stokes, Jr., U. S. Atty., J. Owen Forrester, George H. Connell, Jr., Asst. U. S. Attys., Atlanta, Ga., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.